584 A.2d 236
STATE OF NEW JERSEY v. MAURICE FRED WALKER.

May 30, 1990.

Petition for certification denied.

584 A.2d 236
STATE OF NEW JERSEY v. SENEN MEDINA.

May 30, 1990.

Petition for certification denied.

584 A.2d 236
STATE OF NEW JERSEY v. THOMAS CHOICE.

May 30, 1990.

Petition for certification denied.

584 A.2d 236
STATE OF NEW JERSEY v. RONALD HUGHES.

May 30, 1990.

Petition for certification denied.

584 A.2d 236
LINDA RICHMAN v. GEORGE A. GALLENTHIN.

May 30, 1990.

Petition for certification denied.